UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Manuel Aguirre-Navarro ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR657-LAB <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07329298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

Teofilo Nucico-Guerrero

DATED: 3-11-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
      Deputy Clerk